```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA            :          No. 4:05-CR-0058
                                    :
   vs.                              :
                                    :
DAVID S. GREEN                      :          (Judge Muir)

### ORDER

May 10, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The pre-sentence conference in this case was held on May 9, 2005, and attended by Assistant United States Attorney George J. Rocktashel, Defendant David S. Green's counsel, D. Toni Byrd, Esquire, and United States Probation Officer Eric W. Noll. During the conference counsel and the court orally established a schedule for the parties' briefs addressing the sentencing factors set forth in 18 U.S.C. § 3553(a).  The purpose of this order is to confirm that schedule.

   NOW, THEREFORE, IT IS ORDERED THAT:

1. Green shall, within two weeks after the date of this order, file a brief applying to this case the sentencing factors set forth in 18 U.S.C. § 3553(a).

2. All subsequent briefing shall be in accordance with the

court's local rules.

s/Malcolm Muir<br>MUIR, U.S. District Judge

MM:ga