```
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA    :
                            :   4:CR-05-0058
     v.                     :
                            :
DAVID S. GREEN              :   (Judge Muir)
                            :
```

### ORDER

June 17, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Defendant David S. Green awaits sentencing after having pled guilty to an information charging him with possession of less than 5 grams of crack cocaine, in violation of 21 U.S.C. § 844(a). A pre-sentence conference was held on May 9, 2005.

On May 10, 2005, we issued an order in which we established a briefing schedule on the sentencing factors set forth in 28 U.S.C. § 3553(a). On May 20, 2005, Green timely filed his brief. The time allowed in our order of May 10, 2005, for the government to file its brief expired on June 7, 2005. To this date the government has not filed its brief. The purpose of this order is to require the government to file a brief addressing the sentencing factors set forth in 28 U.S.C. § 3553(a).

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The government shall, within 15 days after this order, file a brief addressing the sentencing factors set forth in 28 U.S.C. § 3553(a).

2.  Green may, within 10 days after the filing of the government's brief, file a brief in reply.

                                              s/Malcolm Muir
                                              MUIR, U.S. District Judge

MM:ga